Patti BRADY, Appellant,

v.

WAL–MART ASSOCIATES, INC., Defendant,

Division of Employment Security, Respondent.

No. WD 64583.

Missouri Court of Appeals, Western District.

Sept. 27, 2005.

Patti Brady, Mayview, MO, pro se.

Cynthia A. Quetsch, Jefferson City, MO, for respondent.

Before NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Patti Brady appeals the Labor and Industrial Relations Commission's decision denying her claim for unemployment benefits. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).